**Milton Kroenig and Ed Schempp, Plaintiffs-Appellants, v. Casper Yoch, Defendant-Appellee.**

Gen. No. 66–112.

Fifth District.

April 29, 1967.

John E. Norton, of Belleville, for appellant; Walker & Williams, of East St. Louis (Edward G. Maag, of counsel), for appellee. Opinion by PRESIDING JUSTICE MORAN. Not to be published in full.